UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOHN BRIDGELAL AND WILKINS BELLAIRD, individually and on Behalf of All Others Similarly Situated,

                      Plaintiffs,

-against-

NY RENAISSANCE CORP., DAN PIRVULESCU and MONIQUE DELACROIX, Jointly and Severally,

                      Defendants.

---

**STIPULATION**

Case No.: 15-cv-3571 (ADS) (AKT)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties that Defendant NY Renaissance Corp., has had annual gross revenue of not less than $500,000 in the years 2012, 2013 and 2014.

Dated: October 5, 2015
       New York, New York

ADELMAN MATZ P.C.

By: _____
Gary Adelman, Esq.
1173A Second Avenue, Suite 153
New York, New York 10065
Tel: (646) 650-2207
Email: g@adelmanmatz.com
*Attorneys for Defendants*

Dated: October 5, 2015
       New York, New York

PELTON & ASSOCIATES PC.

By: _____
Brent E. Pelton, Esq.
111 Broadway, Suite 1503
New York, NY 10006
Tel: 212-385-9700
Email: pelton@peltonlaw.com
*Attorneys for Plaintiffs*