UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOHN BRIDGELAL and WILKINS BELLAIRD
Individually and on Behalf of All Others Similarly
Situated,

: ECF CASE

                                 Plaintiffs,

: CV 15-3571 (ADS) (AKT)

        - against -

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 18 2016 ★
LONG ISLAND OFFICE

NY RENAISSANCE CORP., DAN
PIRVULESCU and MONIQUE DELACROIX,,
Jointly and Severally,

                                 Defendants.
-------------------------------------------------------------x

### STIPULATION OF DISMISSAL OF DEFENDANTS' COUNTERCLAIMS WITHOUT PREJUDICE AND WITHDRAWAL OF PLAINTIFFS' MOTION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the plaintiffs and defendants in the above-captioned action (the "Action"):

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), NY Renaissance Corp.'s first, second and third counterclaims (the "Counterclaims") as set forth in the Answer and Counterclaims dated September 18, 2015 [DE 22], are hereby voluntarily dismissed, without prejudice and without costs or attorneys' fees to any party;

2. Plaintiffs' motion to dismiss NY Renaissance Corp.'s Counterclaims dated September 29, 2015 [DE 26] is hereby withdrawn;

**IT IS FURTHER STIPULATED AND AGREED THAT,** this Stipulation may be executed in counterparts. Facsimile copies of signatures shall be deemed valid and binding to the same extent as original signatures.

//

//

//

Dated: May 17, 2016  
    New York, New York

ADELMAN MATZ P.C.

By: _____  
Gary Adelman, Esq.  
1173A Second Avenue, Suite 153  
New York, New York 10065  
Tel: (646) 650-2207  
Email: g@adelmanmatz.com  
*Attorneys for Defendants*

Dated: May 17, 2016  
    New York, New York

PELTON GRAHAM LLC

By: _____  
Brent E. Pelton, Esq.  
111 Broadway, Suite 1503  
New York, NY 10006  
Tel: 212-385-9700  
Email: pelton@peltonlaw.com  
*Attorneys for Plaintiffs*

The Clerk of the Court is directed terminate docket entry #26 without prejudice.

So ordered.

s/ Arthur D. Spatt

Arthur D. Spatt, USDJ  5/18/16

2