

SARAH M. MATZ
PARTNER
SARAH@ADELMANMATZ.COM
DIR: (646) 650-2213

June 20, 2016

**VIA ECF**

Hon. Arthur D. Spatt
United States District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

Hon. A. Kathleen Tomlinson
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 22 2016   ★

LONG ISLAND OFFICE

Re:   *Bridgelal, et al. v. NY Renaissance Corp., et al.* (Case No. 15-cv-3571) (ADS) (AKT)

Hon. Judge Spatt and Hon. Judge Tomlinson:

We represent defendants NY Renaissance Corp., Dan Pirvulescu and Monique Delacroix ("Defendants") in the above entitled action.  We are writing jointly with Plaintiffs in this action to advise the Court that the parties have reached a settlement in principal last week, and that we are working to draft the settlement paperwork.

As such the parties would respectfully request that the Court stay all activity in this action for thirty (30) days.  There are not presently any deadlines that the instant request for a stay would affect. Plaintiffs' motion for conditional certification was fully submitted on May 26, 2016 and is *sub judice*. The parties anticipate that the settlement will be finalized in the next two (2) weeks.

We appreciate Your Honors' time and consideration in this matter and should you need any further information, we are available at the Court's convenience.

Respectfully submitted,

ADELMAN MATZ, P.C.

Sarah M. Matz, Esq.

Request granted.  The Court notes that
the parties may not file a stipulation
of dismissal with prejudice without
first submitting a motion for  approval
of the settlement agreement consistent
with the principles outlined in Cheeks
v. Freeport Pancake House, Inc., 796
F.3d 199 (2d Cir. 2015).

s/Arthur D. Spatt

Arthur D. Spatt, USDJ    6/22/16

ADELMAN MATZ P.C.
PHONE: (646) 650-2207 · FAX: (646) 650-2108
MAILING:
1173A SECOND AVENUE, SUITE 153
NEW YORK, NEW YORK 10065
OFFICE:
780 THIRD AVENUE, 14TH FLOOR
NEW YORK, NEW YORK 10017