

**SARAH M. MATZ**
PARTNER
SARAH@ADELMANMATZ.COM
DIR: (646) 650-2213

July 22, 2016

**VIA ECF**

Hon. Arthur D. Spatt
United States District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

Hon. A. Kathleen Tomlinson
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

**Re:**    ***Bridgelal, et al. v. NY Renaissance Corp., et al.* (Case No. 15-cv-3571) (ADS) (AKT)**

Hon. Judge Spatt and Hon. Judge Tomlinson:

We represent defendants NY Renaissance Corp., Dan Pirvulescu and Monique Delacroix ("Defendants") in the above entitled action. We are writing jointly with Plaintiffs in this action to respectfully request that the Court continue the stay of all activity in this action for an additional thirty (30) days.

As set forth in our June 20, 2016 letter, the parties have reached a settlement. Since our prior letter, Counsel for the parties have finalized the settlement agreement, and are in the process of obtaining signatures from our respective clients. We expect that we will be able to present the Settlement Agreement to the Court for approval shortly.

There are not presently any deadlines that the instant request for a continuation of the stay would affect. Plaintiffs' motion for conditional certification was fully submitted on May 26, 2016 and is *sub judice.*

We appreciate Your Honors' time and consideration in this matter and should you need any further information, we are available at the Court's convenience.

Respectfully submitted,

ADELMAN MATZ, P.C.

:

Sarah M. Matz, Esq.

Cc:    (Via ECF)
       Brent E. Pelton, Esq.
       Taylor B. Graham, Esq.
       Gary Adelman, Esq.